# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

PA ENERGY VISION, LLC AND BLG
LEASING, LLC, D/B/A HENRY STREET,
A GENERAL PARTNERSHIP,

                Petitioners

        v.

SOUTH AVIS REALTY, INC.,

                Respondent

: No. 757 MAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.